**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001063
08-JUN-2012
09:31 AM**

NO. CAAP-11-0001063

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CURTIS GERARD BEE, Petitioner-Appellant,
v.
HAWAI'I PAROLING AUTHORITY, STATE OF HAWAI'I,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 11-1-0025; CR. NO. 96-0439)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Curtis Gerard Bee (Appellant) filed a notice of appeal on December 16, 2011; (2) on February 14, 2012, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on February 24, 2012 and the opening brief was due on March 27, 2012;

(3) Appellant did not file either document; (4) on May 14, 2012, the appellate clerk informed Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired;

(b) the matter would be called to the attention of the court on May 24, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 8, 2012.

Presiding Judge

Associate Judge

Associate Judge